IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE PETERSEN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON MAZDA LINCOLN,<br><br>Defendant. | **8:25CV694**<br><br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed a Complaint on December 4, 2025 (Filing No. 1) and requested summons on December 10, 2025. (Filing No. 3). Summons was issued on December 10, 2025, for Defendant Anderson Mazda Lincoln. (Filing No. 4). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on Defendant and Defendant has not voluntarily appeared.

Accordingly, IT IS ORDERED that Plaintiff shall have until March 24, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil

Procedure 4(m), or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 10th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge